IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY

05 MAR 30  AM 10: 0

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 03cr20407-Ml

BOBBY A. MAYSE

    Defendant.

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $1,000.00, payable to Bobby Mayse at 1439 Campground Rd., Troy, TN  38260 in full refund of the cash appearance bond posted herein.

JON PHIPPS McCALLA
United States District Judge

Approved.
Robert R. Di Trolio, Clerk of Court
BY: Earline Drayer
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CR-20407 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Charles S. Kelly
KELLY LAW FIRM
802 Troy Ave.
Dyersburg, TN 38025--050

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT